Dawn NORGREN, Relator,

v.

ARAMARK, and Lumbermen's Mutual/Specialty Risk Services, Inc., Respondents.

No. A08–1822.

Supreme Court of Minnesota.

Jan. 28, 2009.

Candice E. Hektner, Peterson & Hektner, Ltd., Minneapolis, MN, for relator.

Whitney L. Teel, James R. Waldhauser, Cousineau McGuire Chartered, Minneapolis, MN, for respondents.

## ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 24, 2008, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view," doing no more than establishing the law of the case).

BY THE COURT:

/s/Alan C. Page
Associate Justice